UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) Allstate Fire & Casualty Insurance Company,<br>    Plaintiff,<br>vs.<br>1) Adam Fuller,<br>    Defendant. | Case No.   23-CV-375-DES |

# COMPLAINT

COMES NOW Allstate Fire & Casualty Insurance Company (Allstate) and requests a declaratory judgment that the uninsured motorist coverage under Allstate Automobile Auto Policy No. 931035627 issued to Named Insureds Charles and Jo Fuller does not apply to injuries sustained by their son, Plaintiff Adam Fuller, when he was attacked by an individual wielding a baseball bat.

1. Allstate Fire & Casualty Insurance Company (Allstate) is an Illinois insurance company with its principal place of business in Illinois.

2. Defendant Adam Fuller is a citizen of the State of Oklahoma.

3. Subject matter jurisdiction for this declaratory judgment action exists pursuant to 28 U.S.C. § 1332(a)(1), as there is complete diversity of citizenship between the parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391(b) because the Defendant resides in the Eastern District as well as the events or omissions giving rise to this declaratory judgment action occurred within this judicial district.

5. Allstate issued Automobile Policy No. 931035627 to Named Insureds Charlies and Jo Fuller, which policy contained uninsured motorist coverage of $100,000 per person and $300,000 per accident.

6.	Adam Fuller is the son of Charles and Jo Fuller and, at the time of his injuries, was an 18-year-old high school senior living with his parents.

7.	On March 21, 2020, Adam Fuller was injured when he was intentionally struck in the head with a baseball bat by Heath Watkins.

8.	Adam Fuller maintains that he should be allowed to collect uninsured motorist coverage under his parents' Allstate automobile policy for the injuries he sustained when he was struck in the head with a baseball bat by Heath Watkins.

9.	Adam Fuller bases this UM claim on the fact that Presley Graham transported her boyfriend Watkins to the scene of the attack in the trunk of her vehicle, where Watkins would purportedly be listening as she broke up with Fuller with whom she had recently had relations.

10.	Graham made arrangements to meet Fuller at a remote spot where they had met multiple times to have sexual relations.

11.	Depending on which version of events is believed, Fuller either walked up to the vehicle and reached to grab the door handle when Watkins struck him with a bat while he was outside the vehicle, or Fuller entered the vehicle and attempted to have relations with Graham which resulted in pushing and words and then him exiting the vehicle, at which time Watkins struck him in the head with a baseball bat outside of the vehicle.

12.	Whichever version is accurate, this incident does not trigger UM coverage as the injuries arose from an assault with a bat and did not arise out of the transportation use of the Graham vehicle under Oklahoma law. (See Safeco Ins. Co. of America v. Sanders, 1990 OK 129; 803 P.2d 688; Mayer v. Statute Farm Mut. Auto. Ins. Co., 1997 OK 67; 944 P.2d 288; Narvaez v. State Farm Mutual Automobile Ins. Co., 1999 OK CIV APP 92; 989 P.2d 1051; Whitmire v. Mid-

Continent Cas. Co., 1996 OK CIV APP 116; 928 P.2d 959; and Williams v. Preferred Risk Group Ins. Co., 1993 OK CIV APP 193; 867 P.2d 485.

13. Fuller's injuries were due to Watkins striking him with a baseball bat out of anger or jealousy over a girl, Graham.

14. There is an immediate, real, and substantial controversy between the Parties as to the existence of coverage under the Policy for Adam Fuller's claim.

WHEREFORE, Plaintiff, Allstate Fire and Casualty Insurance Company, prays that this Court enter a declaratory judgment that Defendant Adam Fuller's injury claim does not qualify for Uninsured Motorist Coverage under the Allstate Insurance policy.

*s/Katherine T. Loy*
Katherine T. Loy, OBA #15358
David B. Donchin, OBA #10783
Glen Mullins, OBA #6503
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
kloy@dlb.net; ddonchin@dlb.net; gmullins@dlb.net
Attorneys for Plaintiff

120.1961\18424825_1